Supreme Court, Fourth Appellate Department, June, 1900. Reported. 52 App. Div. 634.

In the Matter of the Application of EUGENE SULLIVAN for an Order for a Special Town Meeting in the Town of Volney.

In consequence of the amendment to section 16 of the Liquor Tax Law by chapter 367 of the Laws of 1900, and owing to the fact that the special election directed by the order appealed from has been held, with like result as the alleged irregular biennial election, the questions presented by this appeal are no longer of practical importance. The appeal is, therefore, dismissed, but as respondent did not appear, without costs.

All concurred.

---

Fourth Appellate Department, June, 1900. Reported. 52 App. Div. 635.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against CHARLES WERNER, Appellant.

Judgment of conviction affirmed and proceedings remitted to the clerk of Wyoming County, pursuant to the provisions of section 547 of the Code of Criminal Procedure.

All concurred.